THE STATE EX REL. GENCORP POLYMER PRODUCTS, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; BRANDON, APPELLANT.

[Cite as *State ex rel. Gencorp Polymer Products v. Indus. Comm.* (1998), 83 Ohio St.3d 356.]

(No. 97–2366—Submitted August 19, 1998—Decided October 14, 1998.)

---

*Thompson, Hine & Flory, L.L.P.,* and *Robert W. Myers,* for appellee.

*Stewart Jaffy & Associates Co., L.P.A., Stewart R. Jaffy* and *Marc J. Jaffy,* for appellant.

The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.